Case 7:15-mj-00940   Document 1   Filed in TXSD on 06/10/15   Page 1 of 1

AO 91 (Rev 8/01)   Criminal Complaint

United States District Court
Southern District of Texas
FILED

# United States District Court

**SOUTHERN**  **DISTRICT OF**  **TEXAS**

**McALLEN DIVISION**

JUN 1 0 2015

David J. Bradley, Clerk

UNITED STATES OF AMERICA
V.

Jose Antonio Chavarria-Rivera
A094 892 338

AKA:

IAE   YOB: 1978
the United Mexican States

(Name and Address of Defendant)

## CRIMINAL COMPLAINT

Case Number: M-15- 0940 -M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __June 9, 2015__ in __Starr__ County, in the __Southern__ District of __Texas__

(Track Statutory Language of Offense)

being then and there an alien who had previously been deported from the United States to the United Mexican States in pursuance of law, and thereafter was found near Roma, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not therefore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title __8__ United States Code, Section(s) __1326__ __(Felony)__
I further state that I am a(n) **Senior Patrol Agent** and that this complaint is based on the following facts:

Jose Antonio Chavarria-Rivera was encountered by Border Patrol Agents near Roma, Texas, on June 9, 2015. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on June 9, 2015, near Roma, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on April 10, 2014, through Laredo, Texas. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On March 28, 2007, the defendant was convicted of Trafficking In Cocaine, Illegal Drugs, Marijuana or Methamphetamine and sentenced to fifteen (15) years confinement.

Continued on the attached sheet and made a part of this complaint: ☐ Yes  ☒ No

Approved David A. Lindenmuth

Sworn to before me and subscribed in my presence, 6/10/15  3:47pm

June 10, 2015

Peter E. Ormsby            , U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Complainant
Israel Perez            Border Patrol Agent

Signature of Judicial Officer